Slip Op.  03-136

UNITED STATES COURT OF INTERNATIONAL TRADE

—————————————————————————

UNITED STATES,     :

    :

          *Plaintiff,*     :

    :

         v.     :        Court No. 01–00034

    :

NEW-FORM MANUFACTURING

    COMPANY, LTD.,     :

          *Defendant.*     :

—————————————————————————

## **<u>JUDGMENT</u>**

This action having been duly submitted for decision; and the Court, after due deliberation, having rendered a decision herein, imposing a civil penalty of $73,867.36 and awarding Plaintiff interest and costs (*see* Slip Op. 03-77, 27 CIT ___ (June 30, 2003) ); and

Upon consideration of Plaintiff's Notice of Filing and Proposed Final Judgment Order, as well as Plaintiff's Bill of Costs Against New-Form Manufacturing Company, Ltd., and Position on the Award of Pre-Judgment Interest; and

In light of Plaintiff's responses to the questions posed in the Court's letter of October 15, 2003, as well as Plaintiff's other representations in the course of the October 20, 2003 teleconference with the Court in this matter; and

Noting the absence of any opposition or other comment by Defendant;

Now, therefore, in conformity with Slip Op. 03-77, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff recover from Defendant $73,867.36 in penalties; and it is further

ORDERED, ADJUDGED and DECREED that Plaintiff recover from Defendant $1,612.26 for costs incurred in this matter; and it is further

ORDERED, ADJUDGED and DECREED that Defendant pay to Plaintiff post-judgment interest on the sums awarded as penalties and costs, in accordance with 28 U.S.C. § 1961, from the date of this Judgment to the date of payment; and it is further

ORDERED, ADJUDGED and DECREED that this action be, and it hereby is, dismissed.

_____
Delissa A. Ridgway, Judge

Dated: October 22, 2003
        New York, New York